OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Robert Jacobs**
Jacobs & Crumplar, P.A.
2 East 7th Street
P. O. Box 1271
Wilmington, DE 19899
(302) 656-5445

**Barry M. Willoughby**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Thomas S. Neuberger**
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801

**H. Garrett Baker**
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

**Kenneth F. Carmine**
Potter Carmine Leonard & Aaronson, P.A.
840 North Union Street
P.O. Box 514
Wilmington, DE 19899

RE:   Peirce v. Potter, et al
      CA 94-684 SLR

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## REDACTED VERSION OF DOCKET SHEET
## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:94-cv-00684-SLR
## Internal Use Only

Peirce v. Potter, et al  
Assigned to: Honorable Sue L. Robinson  
Demand: $0  
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 12/21/1994  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Robert N. Peirce, Jr.**    represented by **Robert Jacobs**
Jacobs & Crumplar, P.A.
2 East 7th Street
P. O. Box 1271
Wilmington, DE 19899
(302) 656-5445
Email: rjacobs@dca.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: tsn@neubergerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Stephen B. Potter**     represented by **Barry M. Willoughby**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666
Fax: (302) 576-3345
Email: bwilloughby@ycst.com
*TERMINATED: 09/03/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Garrett Baker**
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth F. Carmine**
Potter Carmine Leonard & Aaronson, P.A.
840 North Union Street
P.O. Box 514
Wilmington, DE 19899
(302) 658-8940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Potter, Crosse and Leonard, P.A.**     represented by **Barry M. Willoughby**
(See above for address)
*TERMINATED: 09/03/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Garrett Baker**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth F. Carmine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Stephen B. Potter**  represented by **Barry M. Willoughby**
(See above for address)
*TERMINATED: 09/03/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Potter, Crosse and Leonard, P.A.**  represented by **Barry M. Willoughby**
(See above for address)
*TERMINATED: 09/03/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Robert N. Peirce, Jr.**  represented by **Robert Jacobs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/1995 | 9 | Letter dated 4/11/95 from Robert Jacobs, Esq to Judge Robinson; Re: preparing court of cnf. scheduled for 4/11/95 which deals with a discovery problem (SEALED) (lf) Modified on 04/11/1995 (Entered: 04/11/1995) |
| 04/11/1995 | 10 | Letter dated 4/11/95 from Barry Willoughby, Esq. to Judge Robinson (SEALED) (lf) (Entered: 04/12/1995) |
| 04/19/1995 | 11 | SEALED TRANSCRIPT filed for dates of 4/11/95; Rptr: V. Gunning (SEALED) (lf) (Entered: 04/20/1995) |
| 04/21/1995 | 13 | Steno Notes for 4/11/95; Rptr: V. Gunning (SEALED) (lf) (Entered: 04/21/1995) |