OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

**Barry M. Willoughby**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

RE:    **Peirce v. Potter, et al**
CA 94-684 SLR

Dear Counsel:

Pursuant to the Order entered on 6/28/05 by the Honorable Sue L. Robinson, the following document is herewith being returned to you:

ITEM:    10

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dinan_

I hereby acknowledge receipt of the above mentioned documents

on _7·27·05_    _Billy Gilbert_
Signature