OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/28/05

Robert Jacobs
Jacobs & Crumplar, P.A.
2 East 7th Street
P. O. Box 1271
Wilmington, DE 19899

RE:   **Peirce v. Potter, et al**
       CA 94-684 SLR

Dear Counsel:

   Pursuant to the Order entered on 6/29/05 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   9

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents
on 7/28/05

Signature